UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:15-CR-114-T-30TBM

PETER J. PINAUD

### ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant Peter J. Pinaud, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant Peter J. Pinaud, in the above-captioned case, without prejudice.  The Clerk of Court is directed to close this case.

Dated: June 4, 2015

JAMES S. MOODY, JR.
United States District Judge